**Randy DUQUETTE, Plaintiff, Appellant,**

v.

**Les DOLECAL, Acting Commissioner, New Hampshire Department of Corrections, et al., Defendants, Appellees.**

**No. 05–2387.**

United States Court of Appeals, First Circuit.

· July 14, 2006.

Randy Duquette, on brief pro se.

Kelley A. Ayotte, Attorney General, and Mary E. Maloney, Assistant Attorney General, on brief for appellees.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LIPEZ, Circuit Judge.

PER CURIAM.

This pro se appellant appeals from the grant of summary judgment in favor of the defendants-appellees. The district judge essentially found that his constitutional claim was not ripe for adjudication at this time. After careful review of the appellate contentions and the district court record, we affirm, substantially for the reasons given by the district judge in his Order dated August 29, 2005.

*Affirmed.*